ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Platinum Business Corporation                  )    ASBCA No. 62847
                                               )
Under Contract Nos. HT0050-18-D-0022           )
            T.O. FA4460-20-F-0021              )

APPEARANCE FOR THE APPELLANT:        A. Jeff Ifrah, Esq.
                                       Ifrah Law
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Jeffrey P. Hildebrant, Esq.
                                       Air Force Deputy Chief Trial Attorney
                                     Nicholas T. Iliff, Jr., Esq.
                                     Christopher M. Judge-Hilborn, Esq.
                                       Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 8, 2021

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62847, Appeal of Platinum Business Corporation, rendered in conformance with the Board's Charter.

Dated: June 9, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals